FILED '07 JAN 9 09:49 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KHOSROW NAVAIE, | ) |
| Plaintiff, | ) ) ) Civil No. 06-637-TC |
| v. | ) ) ORDER |
| SOCIAL SECURITY SERVICES, | ) ) |
| Defendant. | ) ) |

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on December 6, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Defendant's motion to dismiss (#5) is granted and this case is dismissed for lack of subject matter jurisdiction. Plaintiff's motion to respond and request a hearing (#9) is denied.

IT IS SO ORDERED.

DATED this ___8th___ day of ___Jan.___, 2007.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER